*Benjamin Micou* for appellant. *The Attorney General* for appellee.

---

No. 274. John Lawrence et al., Trustees, etc., Plaintiffs in Error, *v.* Board of Street Commissioners of the City of Boston. Error to the Supreme Judicial Court of the State of Massachusetts. April 13, 1903. Dismissed with costs, per stipulation. *Mr. J. H. Benton, Jr.,* for plaintiffs in error. *Mr. Thomas M. Babson* for defendant in error.

---

No. 531. John Lawrence O'Brien, Appellant, *v.* John H. Shine, United States Marshal, etc. Appeal from the Circuit Court of the United States for the Northern District of California. April 17, 1903. Dismissed with costs, on motion of *Mr. John M. Thurston* for the appellant. *Mr. John M. Thurston* for appellant. *Mr. Solicitor General Richards* and *Mr. Morgan H. Beach* for appellee.

---

No. 260. V. Van Buren, Plaintiff in Error, *v.* Margaret U. McKinley. Error to the Supreme Court of the State of Idaho. April 17, 1903. Dismissed with costs, pursuant to the tenth rule. *Mr. James H. Hawley* for plaintiff in error. *Mr. Edgar Wilson* for defendant in error.

---

No. 270. James P. Witherow, Appellant, *v.* Carnegie Steel Company, Limited. Appeal from the Circuit Court of the United States for the Southern District of New York. April 23, 1903. Dismissed with costs, pursuant to the tenth rule. *Mr. Hector M. Hitchings* for appellant. *Mr. John R. Bennett* for appellee.

---

No. 262. Cleveland, Cincinnati, Chicago and St. Louis